IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NARVELL JOHNSON                                                                    PETITIONER
ADC #95321

V.                                   NO. 5:09cv00032 SWW

LARRY NORRIS, Director,                                                           RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) is hereby denied. Judgment shall be entered dismissing this action in its entirety, without prejudice.

IT IS SO ORDERED this 5th day of August, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE